

# Fourth Court of Appeals
## San Antonio, Texas

**JUDGMENT**

No. 04-15-00210-CV

Deepti **MARIMADAIAH**,
Appellant

v.

Naresh Kumar **DAHAT**,
Appellee

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-13649
Honorable Laura Salinas, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ANGELINI, AND JUSTICE PULLIAM

In accordance with this court's opinion of this date, this appeal is DISMISSED. Costs of the appeal are taxed against the party who incurred them.

SIGNED May 6, 2015.

_____
Jason Pulliam, Justice